**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JUDI BARTLETT**                                                                               **PLAINTIFF**

**v.**                      **CASE NO.: 4:07CV00846 JMM/BD**

**MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration**                                                        **DEFENDANT**

## ORDER

On September 17, 2007, Plaintiff filed this action seeking review of the Commissioner's decision to deny Plaintiff's application for disability benefits (docket entry #1). The docket reflects that summonses were issued and returned to Plaintiff's counsel for service (#1). More that 120 days have passed, yet Plaintiff has filed no proof of service on Defendant as required by Federal Rule of Civil Procedure 4(l), and there has been no entry of appearance or filing made on behalf of Defendant.

On August 8, 2008, the Court ordered Plaintiff to show cause why this case should not be dismissed under Federal Rule of Civil Procedure 4(m) or for want of prosecution (#2). The Court specifically warned Plaintiff that failure to respond timely could result in the dismissal of this action (#2). Despite this order and warning, Plaintiff has not responded, and the time to do so has lapsed. See FED.R.CIV.P. 6(a) (computing time periods specified in the Federal Rules of Civil Procedure).

A plaintiff must serve a defendant to an action within 120 days after filing the complaint. FED.R.CIV.P. 4(m). Almost a year has passed in this case without service.

After notice to Plaintiff, the Court must dismiss the action without prejudice or order that service be made within a specified time. FED.R.CIV.P. 4(m). The Court provided notice to Plaintiff in the Order to show cause (#2). Despite this notice, Plaintiff has failed to respond, serve, or take any recognizable action in this matter. Accordingly, Plaintiff's Complaint is dismissed without prejudice.

      IT IS SO ORDERED this 25th day of August, 2008.

                                    _____
                                    UNITED STATES DISTRICT JUDGE