**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JUDI BARTLETT**                                                                                   **PLAINTIFF**

**v.**                              **CASE NO.: 4:07CV00846 JMM/BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                                **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this date, it is considered, ordered and adjudged that Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED, this 25th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE